# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>CELSO PRIETO-CRUZ<br><br><br><br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)           1:18-mj-0513<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 15 and 16, 2018__ in the county of __Marion__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) | Possession with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew W. Holbrook, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/29/2018__

_____
Judge's signature

City and state:  __Indianapolis, Indiana__      Debra McVicker Lynch, U.S. Magistrate Judge
*Printed name and title*

**SCANNED**

## AFFIDAVIT IN SUPPORT OF APPLICATION

I, Matthew Holbrook, a Special Agent (SA) with the Drug Enforcement Administration ("DEA"), being duly sworn, state as follows:

## I. PRELIMINARY STATEMENT & BACKGROUND OF INVESTIGATION

1. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I have been employed by the Drug Enforcement Administration (DEA) since 2004. I am currently assigned to the DEA Indianapolis District Office, Indianapolis, Indiana, and have been so assigned since 2008. In connection with my official DEA duties, I investigate criminal violations of state and federal controlled substances laws, including, but not limited to, Title 21, United States Code, Sections 841, 843, 846 and 848, as well as Sections 952, 960 and 963. I have received special training in the enforcement of laws concerning controlled substances as found in Title 21 of the United States Code. I have testified in judicial proceedings and prosecutions for violations of controlled substance laws. I also have been involved in various types of electronic surveillance and in the debriefing of defendants, witnesses and informants, as well as others who have knowledge of the distribution and transportation of controlled substances, and the laundering and concealing of proceeds from drug trafficking, in violation of Title 18, United States Code Sections, 1956 and 1957. I have received training in investigations involving the interception of wire and electronic communications.

2. I am familiar with the ways in which drug traffickers conduct their business, including, but not limited to, their methods of importing and distributing controlled substances and their use of telephones and code language to conduct their transactions. I am familiar with

1

and have participated in all of the normal methods of investigation, including, but not limited to, visual surveillance, the general questioning of witnesses, the use of informants, the use of pen registers, and undercover operations. I have had conversations with drug traffickers concerning their methods of operation in the course of investigative interviews and have participated in the execution of numerous search warrants relating to illegal drug trafficking. My experience and training enables me to recognize methods and means used for the distribution of controlled substances and for the organization and operation of drug conspiracies, including the means employed to avoid detection.

      3.      This Affidavit is made in support of an application for a complaint and arrest warrant for the following person: Celso Prieto-Cruz (XX-XX-1987).

      4.      I have personally participated in the investigation set forth below. I am familiar with the facts and circumstances of the investigation through my personal participation, from discussions with other agents of the DEA, the Metropolitan Drug Task Force (MDTF), and other law enforcement, from my discussions with witnesses involved in the investigation, and from my review of records and reports relating to the investigation. Unless otherwise noted, wherever in this Affidavit I assert that a statement was made, the information was provided by another Special Agent, Task Force Officer, law enforcement officer, or witness who may have had either direct or hearsay knowledge of that statement and to whom I or others have spoken or whose reports I have read and reviewed. Such statements are among many statements made by others and are stated in substance and in part unless otherwise indicated. I have not included details of every aspect of the investigation. Facts not set forth herein, or in the attached exhibits, are not being relied on in reaching my conclusion that the requested warrant should be issued, nor do I request that this Court rely on any facts not set forth herein in reviewing this Application.

## II.   FACTS & CIRCUMSTANCES REGARDING PROBABLE CAUSE

5. On May 15, 2018, shortly after 9:00 p.m., a 2008 Chevrolet Tahoe, being driven by Celso Prieto-Cruz, hereinafter Prieto-Cruz, was stopped by an Illinois State Trooper in the vicinity of 162nd Street and Van Dam Road in South Holland, Illinois, after committing a traffic violation. During the traffic stop, it was determined that neither Prieto-Cruz nor the front seat passenger, Leidy Santiago-Fernandez, possessed a valid driver's license.

6. During the traffic stop, Prieto-Cruz provided consent to search the vehicle. During a search of the vehicle, a cardboard box containing approximately $177,000 United States Currency (USC) was located in the rear cargo area of the vehicle. Later, investigators conducted an interview of Prieto-Cruz. During the interview, Prieto-Cruz stated that he lived in Indianapolis, Indiana. He further stated that he had approximately five kilograms of cocaine and approximately 300 grams of methamphetamine in his residence in Indianapolis, Indiana. At that time, Prieto-Cruz signed a DEA Form 88 (Spanish Consent to Search Form) for his residence located at 1006 N. Sheffield Avenue, Indianapolis, Indiana.

7. At approximately 11:00 p.m., DEA Chicago Strike Force Group 2 contacted me (DEA Central Indiana HIDTA Group 52 Special Agent Matt Holbrook) and requested assistance with executing the consent search of the residence located at 1006 N. Sheffield Avenue, Indianapolis, Indiana.

8. On May 16, 2018, at approximately 12:20 a.m., members of the Central Indiana HIDTA Group 52, the MDTF, and the Indianapolis Metropolitan Police Department conducted a consent search of the residence located at 1006 N. Sheffield Avenue, Indianapolis, Indiana (a single-family home).

9. During a search of the basement, SA Holbrook and DEA SA Dan Schmidt located

a box in southwest corner of the basement that contained approximately 5 brick-shaped objects that were suspected to be cocaine. To date, laboratory analysis has not yet been completed on the 5 brick-shaped objects; however, a field test on one of the brick-shaped objects indicated a positive result for the presence of cocaine. The 5 brick-shaped objects (including packaging) weighed approximately 6.412 kilograms.

10. While searching the laundry room of the residence, agents found a plastic bag containing approximately 300 grams of suspected methamphetamine and a digital scale. The analysis of the suspected methamphetamine has not yet been completed by the laboratory; however, a field test of the substance gave a positive indication for the presence of methamphetamine.

11. SA Holbrook also seized a second digital scale from under the bathroom sink and a suspected drug ledger from the master bedroom closet. Miscellaneous documents bearing Prieto-Cruz's name were also seized from the residence.

12. Based on my training and experience and knowledge of this investigation, the above-described quantities of methamphetamine and cocaine far exceed those associated with individual users and thus are indicative of trafficking.

13. The above-described consent search and cocaine and methamphetamine seizure occurred in the Southern District of Indiana, Indianapolis Division.

## III.   CONCLUSION

14.   Based on the foregoing information, I believe that there is probable cause to believe that Celso Prieto-Cruz possessed with intent to distribute controlled substances (i.e., methamphetamine and cocaine, both Schedule II controlled substances) in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

*[signature]*
Matthew W. Holbrook, Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me this 29th day of May, 2018.

*[signature]*
The Honorable Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

5