FILED
JUN 12 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. |
| ) | |
| CELSO PRIETO-CRUZ, ) | 1:18-cr-0182 SEB-MJD |
| ) | |
| Defendant. ) | |

## INDICTMENT

COUNT ONE
[ Possession with Intent to Distribute Controlled Substances –
21 U.S.C. § 841(a)(1) and (b)(1)(A) ]

The Grand Jury charges that:

On or about May 15 and 16, 2018, in the Southern District of Indiana, Indianapolis Division, the Defendant, CELSO PRIETO-CRUZ, did knowingly and intentionally possess with intent to distribute controlled substances, to wit: 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II, narcotic controlled substance, and 50 grams or more of methamphetamine, a Schedule II, non-narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## FORFEITURE ALLEGATION

1. The allegations in Count One of this Indictment is realleged as if fully set forth herein, for the purpose of giving the defendant notice of the United States' intent to seek forfeiture pursuant to Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461.

2. If convicted of the offense set forth in Count One of this Indictment, CELSO PRIETO-CRUZ shall forfeit to the United States any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offense of which he is convicted, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense of which he is convicted.

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: *[signature]*

M. Kendra Klump
Assistant United States Attorney

2